Opinion by McClellan, J.

---

## Adams v. The State.

Appeal from Elmore Circuit Court.

Tried before the Hon. John R. Tyson.

John H. Parker, for appellant.

W. C. Fitts, Attorney-General, for the State.

The appellant was indicted and tried for murder, and convicted of manslaughter in the first degree. Appeal dismissed.

Per Curiam.